55,080-01

Pablo Cienfuegos
Mark U. Stiles
3060 F.M. 3514
Beaumont, TX 77705

Date: 3-18-15

To: Clerk of Courts - Abel Acosta
201 W. 14th St. Rm 106, P.O. Box 12308, Austin, TX 78711-2308

RE: Cause No:, for Jorge Alberto Gonzales

Dear Clerk,

I'm trying to locate Jorge Alberto Gonzales, cause no: for either his, motion for Discretionary Review or his cause no for his 11:07 writ of Habeas Corpus.

Our Law Library here at the Stiles Unit can not locate his citing in the law journals that we have here. If his case is published could you please send me his case citing so that I may be able to read and review his case.

His trial Court No: 778276 was from the 208th Judicial Dist. Ct. in Houston TX. His appeal was in the 1st Court of Appeals also and his TDCJ No: is 892050. Other than that I have no other available information to assist you with.

Could you please assist me with this information?

Thank you for your time & effort....

Sincerely,

Pablo Cienfuegos

Pablo Cienfuegos # 1017712
3060 FM 3514
Beaumont, TX 77705-7635

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk